UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on May 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Scott & Dawn Harrison

Case No.: 15-14217

Chapter: **13**

Judge: Michael B. Kaplan

Recommended Local Form:    **X** Followed    ___ Modified

## ORDER AUTHORIZING RETENTION OF REALTOR

The relief set forth on the following pages, numbered two (2) and two (2) is hereby **ORDERED.**

**DATED: May 17, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

In re: **Scott and Dawn Harrison**
Case No.: 15-14217 (MBK)
Caption of Order: **Order Authorizing Retention of Realtor**

**Applicant:** Scott and Dawn Harrison

    ___Trustee:    ___Chap. 7      ___Chap. 11      ___Chap. 13

    **X** Debtors:    ___Chap. 11      **X** Chap. 13

    ___ Official Committee of _____

**Professionals:** James Hannam and Jamie Paradise

    ___ Attorney for:
        ___ Trustee    ___ Debtors

        ___ Official Committee of _____

    ___ Accountant for:
        ___ Trustee    ___ Debtor-in-Possession

        ___ Official Committee of _____

    **X** Other Professional:
        **X** Realtor    ___ Appraiser    ___ Special Counsel

        ___Auctioneer    ___Other (specify):_____

Upon the applicant's request for authorization to retain the professional named above,

**It is hereby ORDERED as follows:**

1. The applicants, Scott and Dawn Harrison, are authorized to retain the professionals, James Hannam and Jamie Paradise from RE/MAX Bay Point Realtors to act as their realtors.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

3. The effective date of the retention is the date the listing agreement was signed by applicant.

United States Bankruptcy Court
District of New Jersey

In re:  
Scott Harrison  
Dawn Harrison  
    Debtors

Case No. 15-14217-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 17, 2017  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2017.  
db/jdb        Scott Harrison,   Dawn Harrison,   2169 Windfield Dr,   Wall, NJ   07719-9708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2017 at the address(es) listed below:  
         Albert   Russo    docs@russotrustee.com  
         Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
         Marc C. Capone    on behalf of Joint Debtor Dawn   Harrison mcapone@caponeandkeefe.com,  
         docs@caponeandkeefe.com  
         Marc C. Capone    on behalf of Debtor Scott   Harrison mcapone@caponeandkeefe.com,  
         docs@caponeandkeefe.com

                                                                                                         TOTAL: 6