UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: Scott & Dawn Harrison | Case No.: 15-14217 <br> Chapter: 13 <br> Judge: Kaplan |

**NOTICE OF PROPOSED PRIVATE SALE**

___Scott and Dawn Harrison___, ___Debtors___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

> Address of the Clerk: 402 East State Street
> Trenton, New Jersey

If an objection is filed, a hearing will be held before the Honorable ___Michael B. Kaplan___ on ___July 11, 2017___ at ___9:30___ a.m. at the United States Bankruptcy Court, courtroom no. ___8___, ___402 East State Street, Trenton, NJ___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

> Description of property to be sold: 2169 Windfield Drive
> Wall, New Jersey 07719

> Proposed Purchaser: Michael and Melanie Cortese

> Sale price: $499,999.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | RE/MAX Bay Point Realtors |
| Amount to be paid: | $24,999.95 (5% of purchase price) |
| Services rendered: | Real Estate Agents <br><br> Thomas Panepinto, Esq. (closing attorney) <br> $850.00 |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Marc Capone, Esq.

Address: 60 Highway 71, Spring Lake Heights, NJ 07762

Telephone No.: 732-528-1166

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-14217-MBK
Scott Harrison                                                  Chapter 13
Dawn Harrison
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3          Date Rcvd: Jun 07, 2017
                              Form ID: pdf905          Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2017.
```
db/jdb         Scott Harrison,    Dawn Harrison,    2169 Windfield Dr,    Wall, NJ 07719-9708
aty           +Thomas Panepinto,    Panepinto, Panepinto & Miller, P.A.,    1540 Highway 138, Ste. 306,
               Wall, NJ 07719-3764
r             +RE/MAX Bay Point Realtors,    526 Bay Ave.,   Pt. Pleasant Beach, NJ 08742-2533
cr            +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
515377401      American Express,    PO Box 3001,    Malvern, PA 19355-0701
515377402      American Express,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
515578739      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
515377403      Amity Associates,    PO Box 123,   Mount Freedom, NJ 07970-0123
515377404     +BioReference Labs,    481 Edward H Ross Dr,    Elmwood Park, NJ 07407-3128
515377418    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Exxmblciti,     Attn.: Centralized Bankruptcy,   PO Box 20507,
               Kansas City, MO 64195-0507)
515377406      Caroline Glicksman, MD,    2164 Highway 35 Bldg A,    Sea Girt, NJ 08750-1013
515377408      Chase,   PO Box 15123,    Wilmington, DE 19850-5123
515377409      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
515377410      Citi,   PO Box 6497,    Sioux Falls, SD 57117-6497
515377411      Citibank/Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
515377412      Citibank/the Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
               Saint Louis, MO 63179-0040
515377413      Comenity Bank/Vctrssec,    PO Box 182789,    Columbus, OH 43218-2789
515377415      Credit Control,    PO Box 31179,    Tampa, FL 33631-3179
515404791     +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
515377417      Dsnb Macys,    PO Box 8218,    Mason, OH 45040-8218
515377419     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
515377422      Hematology Oncology,    180 White Rd Ste 101,    Little Silver, NJ 07739-1166
515377423      Jefferson University Hospital,    PO Box 3475,    Toledo, OH 43607-0475
515377424      Jefferson University Physicians,    PO Box 40089,    Philadelphia, PA 19106-0089
515377425      Leonard Franco, Jr.,    1037 Raymond Blvd Ste 710,    Newark, NJ 07102-5427
515609562      Medical Associates of Englewood,    C/O CCCB,    PO BOX 336,   RARITAN, NJ 08869-0336
515377431      Northland Group,    PO Box 561,    Thorofare, NJ 08086-0561
515385924     +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
515377432      Philadelphia Fire Dept.,    1105 Schrock Rd Ste 610,    Columbus, OH 43229-1158
515377433      Pnc Bank NA,    PO Box 3180,    Pittsburgh, PA 15230-3180
515377434     +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
515377435      Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
515424882     +RCCA,   180 White Road,    Little Silver, NJ 07739-1166
515377436     +Rotolo Howard & Leitner Urological,    2401 Highway 35,    Manasquan, NJ 08736-1193
515377437      Round Two Recovery LLC,    3690 E Interstate 240,    Oklahoma City, OK 73135
515377438      Sears/Cbna,    PO Box 6283,    Sioux Falls, SD 57117-6283
515377439     +Smiles by the Sea,    611 Main St,    Belmar, NJ 07719-5103
515377442      Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN 55440-0673
515377443      Tidal Emergeny Physicians,    PO Box 41433,    Philadelphia, PA 19101-1433
515377446    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    4325 17th Ave S,    Fargo, ND 58125-6200)
515391115     +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
515377450    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
               Frederick, MD 21701-4747)
515612728     +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Dept.,    MAC #D3347-014,   3476 Stateview Blvd.,
               Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2017 22:33:42     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2017 22:33:39     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515377400      E-mail/Text: bkrpt@retrievalmasters.com Jun 07 2017 22:33:38     AMCA,
               4 Westchester Plz Ste 110,    Elmsford, NY 10523-1615
515377399     +E-mail/Text: bkrpt@retrievalmasters.com Jun 07 2017 22:33:38     Amca,   2269 S Saw Ml,
               Elmsford, NY 10523-3832
515396298      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 07 2017 22:35:47
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK 73126-8941
515377405      E-mail/Text: bnc-capio@quantum3group.com Jun 07 2017 22:33:35     Capio Partners LLC,
               Attn: Bankruptcy,    2222 Texoma Pkwy Ste 150,    Sherman, TX 75090-2481
515377407      E-mail/Text: bankruptcy@certifiedcollection.com Jun 07 2017 22:33:30
               Certified Credit & Collection,    PO Box 336,   Raritan, NJ 08869-0336
```

```
District/off: 0312-3          User: admin                  Page 2 of 3                   Date Rcvd: Jun 07, 2017
                              Form ID: pdf905              Total Noticed: 70

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515377414      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 07 2017 22:34:34
                 Credit Collection Services,    2 Wells Ave,    Newton, MA 02459-3246
515377416       E-mail/PDF: creditonebknotifications@resurgent.com Jun 07 2017 22:35:14      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
515377421       E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2017 22:35:27      GECRB/Gap,    PO Box 965004,
                 Orlando, FL 32896-5004
515377420       E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2017 22:35:12      Gecrb/Banana Republic,
                 Attn: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
515377426       E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2017 22:35:39      Lowe's,    PO Box 103104,
                 Roswell, GA 30076-9104
515377427       E-mail/Text: bankruptcydpt@mcmcg.com Jun 07 2017 22:33:38      MCM,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
515377428       E-mail/Text: Meridianbankruptcy@meridianhealth.com Jun 07 2017 22:34:20      Meridian Health,
                 PO Box 417140,    Boston, MA 02241-7140
515377430       E-mail/Text: bankruptcydpt@mcmcg.com Jun 07 2017 22:33:38      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
515611548       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2017 22:35:19
                 Portfolio Recovery Associates, LLC,    c/o Banana Republic,    POB 41067,    Norfolk VA 23541
515610717       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2017 22:35:47
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
515595622      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 07 2017 22:33:57      Premier Bankcard, Lllc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
515429079       E-mail/Text: bnc-quantum@quantum3group.com Jun 07 2017 22:33:32
                 Quantum3 Group LLC as agent for,    CP Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
515545322       E-mail/Text: bnc-quantum@quantum3group.com Jun 07 2017 22:33:32
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
515377440       E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2017 22:35:39      Synchrony Bank,    PO Box 965005,
                 Orlando, FL 32896-5005
515377441       E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2017 22:35:12      Synchrony Bank/TJ Maxx,
                 PO Box 965060,    Orlando, FL 32896-5060
515377445       E-mail/Text: bankruptcydepartment@tsico.com Jun 07 2017 22:34:25      Transworld Systems,
                 30600 Telegraph Rd Ste 4235,    Bingham Farms, MI 48025-5815
515377444       E-mail/Text: bankruptcydepartment@tsico.com Jun 07 2017 22:34:25      Transworld Systems,
                 507 Prudential Rd,    Horsham, PA 19044-2308
515377449       E-mail/Text: vci.bkcy@vwcredit.com Jun 07 2017 22:33:51      VW Credit,    1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
515377447      +E-mail/Text: edinkel@vikingservice.com Jun 07 2017 22:34:45      Viking Client Services,
                 7500 Office Ridge Cir,    Eden Prairie, MN 55344-3783
515377448       E-mail/Text: vci.bkcy@vwcredit.com Jun 07 2017 22:33:51      Volkswagon Credit Inc,
                 National Bankruptcy Services,    9441 Lyndon B Johnson Fwy Ste 250,    Dallas, TX 75243-4640
                                                                                              TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515581650*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
515377429     ##Michael Cahill, MD,   402 Passaic Ave,    Spring Lake, NJ 07762-1323
                                                                                               TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-3            User: admin              Page 3 of 3              Date Rcvd: Jun 07, 2017
                                Form ID: pdf905          Total Noticed: 70
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marc C. Capone    on behalf of Joint Debtor Dawn   Harrison mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone    on behalf of Debtor Scott   Harrison mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
                                                                                                TOTAL: 7
```