MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR



**Order Filed on June 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                                        Chapter 13

Scott & Dawn Harrison                            Case No.: 15-14217 (MBK)

                                                                  Hearing Date:


### ORDER GRANTING APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES

The relief set forth on the following page is hereby ORDERED.

**DATED: June 15, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor(s):   Scott & Dawn Harrison
Case No.:    15-14217 (MBK)
Caption of Order:   **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$1,000.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

>     **X**         **$1,000.00** through the Chapter 13 plan as an administrative priority; and

>     ___         $_____ outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

**$15,500.00** paid to date, **$650.00** per month for **33** months