MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on June 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                                    Chapter 13

Scott & Dawn Harrison                          Case No.: 15-14217 (MBK)

                                                    Hearing Date:

**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF ATTORNEY'S FEES**

The relief set forth on the following page is hereby ORDERED.

**DATED: June 15, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor(s):    Scott & Dawn Harrison
Case No.:    15-14217 (MBK)
Caption of Order:    **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$1,000.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

    **X**    **$1,000.00** through the Chapter 13 plan as an administrative priority; and

    ___    $_____ outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

**$15,500.00** paid to date, **$650.00** per month for **33** months

United States Bankruptcy Court
District of New Jersey

In re:  
Scott Harrison  
Dawn Harrison  
    Debtors

Case No. 15-14217-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 15, 2017  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2017.  
db/jdb         Scott Harrison,    Dawn Harrison,    2169 Windfield Dr,    Wall, NJ    07719-9708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2017 at the address(es) listed below:

         Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Albert    Russo     docs@russotrustee.com  
         Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Andrew L. Spivack    on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Denise E. Carlon     on behalf of Creditor     VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Marc C. Capone     on behalf of Joint Debtor Dawn    Harrison mcapone@caponeandkeefe.com,  
          docs@caponeandkeefe.com  
         Marc C. Capone     on behalf of Debtor Scott    Harrison mcapone@caponeandkeefe.com,  
          docs@caponeandkeefe.com  
         Michael Frederick Dingerdissen    on behalf of Creditor     WELLS FARGO BANK, N.A.  
          nj.bkecf@fedphe.com

                                                                                                          TOTAL: 8