UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on July 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Scott & Dawn Harrison

Case No.:    15-14217
Judge:  Michael B. Kaplan
Chapter:    **13**

Recommended Local Form:    **X**  Followed    ___Modified

## ORDER AUTHORIZING SALE OF REAL PROPERTY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: July 10, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Upon the Debtors' motion for authorization to sell real property commonly known as 2169 Windfield Drive, Wall Township, New Jersey (the Real Property).

**It is hereby ORDERED as follows:**

1. The Debtors are authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. 363(b) and 1303.

2. The proceeds of sale may be utilized to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. **X** Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and the Debtor's real estate attorney at closing, therefore these professionals may be paid at closing.

   X   Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtors' attorneys upon further order of this Court.

4. Other closing fees payable to the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $43,879.00 claimed as exempt may be paid to the Debtor.

6. The ___ *balance of proceeds* or the {X} *balance due on the debtors' chapter 13 Plan* shall be paid to the Chapter 13 Standing Trustee in the Debtors' case.

7. A copy of the HUD settlement statement shall be forwarded to the Chapter 13 Standing Trustee seven (7) days after closing.

8. Other provisions:
   In resolution of the Trustee's Objection to the Debtors' Motion to Approve the Sale of Real Property, the minimum dividend to general unsecured creditors will be increased by $5,000.00. The Trustee shall incorporate the additional $5,000.00 into the balance to complete statement of Debtors' case to be provided to the Debtors prior to the closing of title.