UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on July 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Scott & Dawn Harrison

Case No.:    15-14217
Judge:  Michael B. Kaplan
Chapter:    **13**

| Recommended Local Form: | **X** Followed | ___Modified |
|---|---|---|

## ORDER AUTHORIZING SALE OF REAL PROPERTY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: July 10, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Upon the Debtors' motion for authorization to sell real property commonly known as 2169 Windfield Drive, Wall Township, New Jersey (the Real Property).

**It is hereby ORDERED as follows:**

1. The Debtors are authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. 363(b) and 1303.

2. The proceeds of sale may be utilized to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. **X** Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and the Debtor's real estate attorney at closing, therefore these professionals may be paid at closing.

   **X** Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtors' attorneys upon further order of this Court.

4. Other closing fees payable to the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $43,879.00 claimed as exempt may be paid to the Debtor.

6. The ___ *balance of proceeds* or the {X} *balance due on the debtors' chapter 13 Plan* shall be paid to the Chapter 13 Standing Trustee in the Debtors' case.

7. A copy of the HUD settlement statement shall be forwarded to the Chapter 13 Standing Trustee seven (7) days after closing.

8. Other provisions:
   In resolution of the Trustee's Objection to the Debtors' Motion to Approve the Sale of Real Property, the minimum dividend to general unsecured creditors will be increased by $5,000.00. The Trustee shall incorporate the additional $5,000.00 into the balance to complete statement of Debtors' case to be provided to the Debtors prior to the closing of title.

United States Bankruptcy Court
District of New Jersey

In re:
Scott Harrison
Dawn Harrison
    Debtors

Case No. 15-14217-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 10, 2017
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2017.
db/jdb         Scott Harrison,    Dawn Harrison,    2169 Windfield Dr,    Wall, NJ   07719-9708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2017 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marc C. Capone    on behalf of Joint Debtor Dawn    Harrison mcapone@caponeandkeefe.com, docs@caponeandkeefe.com
          Marc C. Capone    on behalf of Debtor Scott    Harrison mcapone@caponeandkeefe.com, docs@caponeandkeefe.com
          Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          TOTAL: 8