| **Information to identify the case:** | |
|---|---|
| Debtor 1: Scott Harrison (First Name Middle Name Last Name) | Social Security number or ITIN   xxx–xx–7478<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): Dawn Harrison (First Name Middle Name Last Name) | Social Security number or ITIN   xxx–xx–3393<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | |
| Case number:   15–14217–MBK | |

## Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scott Harrison                                                                  Dawn Harrison

2/22/18                                                                         **By the court:** Michael B. Kaplan
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                       Case No. 15-14217-MBK
Scott Harrison                                               Chapter 13
Dawn Harrison
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 3                  Date Rcvd: Feb 22, 2018
                               Form ID: 3180W               Total Noticed: 69


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
db/jdb        +Scott Harrison,    Dawn Harrison,    1145 Buckbean Branch Lane East,    St. John's, FL 32259-4352
aty           +Thomas Panepinto,    Panepinto, Panepinto & Miller, P.A.,     1540 Highway 138, Ste. 306,
                Wall, NJ 07719-3764
r             +RE/MAX Bay Point Realtors,     526 Bay Ave.,    Pt. Pleasant Beach, NJ 08742-2533
cr            +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,     400 Fellowship Road,   Suite 100,
                Mt. Laurel, NJ 08054-3437
515377403      Amity Associates,    PO Box 123,    Mount Freedom, NJ 07970-0123
515377404     +BioReference Labs,    481 Edward H Ross Dr,    Elmwood Park, NJ 07407-3128
515377406      Caroline Glicksman, MD,    2164 Highway 35 Bldg A,     Sea Girt, NJ 08750-1013
515377412      Citibank/the Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,     PO Box 790040,
                Saint Louis, MO 63179-0040
515377415      Credit Control,    PO Box 31179,    Tampa, FL 33631-3179
515404791     +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
515377422      Hematology Oncology,    180 White Rd Ste 101,    Little Silver, NJ 07739-1166
515377423      Jefferson University Hospital,     PO Box 3475,    Toledo, OH 43607-0475
515377424      Jefferson University Physicians,     PO Box 40089,    Philadelphia, PA 19106-0089
515377425      Leonard Franco, Jr.,    1037 Raymond Blvd Ste 710,     Newark, NJ 07102-5427
515609562      Medical Associates of Englewood,     C/O CCCB,    PO BOX 336,   RARITAN, NJ 08869-0336
515377431     #Northland Group,    PO Box 561,    Thorofare, NJ 08086-0561
515385924     +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
515377432      Philadelphia Fire Dept.,    1105 Schrock Rd Ste 610,     Columbus, OH 43229-1158
515377433      Pnc Bank NA,    PO Box 3180,    Pittsburgh, PA 15230-3180
515377434     +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
515377435      Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
515424882     +RCCA,    180 White Road,    Little Silver, NJ 07739-1166
515377436     +Rotolo Howard & Leitner Urological,     2401 Highway 35,    Manasquan, NJ 08736-1193
515377437      Round Two Recovery LLC,    3690 E Interstate 240,     Oklahoma City, OK 73135
515377439     +Smiles by the Sea,    611 Main St,    Belmar, NJ 07719-5103
515377443      Tidal Emergeny Physicians,     PO Box 41433,    Philadelphia, PA 19101-1433
515391115     +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2018 00:07:12      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2018 00:07:08      United States Trustee,
                Office of the United States Trustee,     1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515377400      EDI: RMCB.COM Feb 22 2018 23:43:00      AMCA,   4 Westchester Plz Ste 110,
                Elmsford, NY 10523-1615
515377399     +EDI: RMCB.COM Feb 22 2018 23:43:00      Amca,   2269 S Saw Ml,   Elmsford, NY 10523-3832
515377402      EDI: AMEREXPR.COM Feb 22 2018 23:43:00      American Express,    PO Box 297871,
                Fort Lauderdale, FL 33329-7871
515377401      EDI: BECKLEE.COM Feb 22 2018 23:43:00      American Express,    PO Box 3001,
                Malvern, PA 19355-0701
515578739      EDI: BECKLEE.COM Feb 22 2018 23:43:00      American Express Centurion Bank,
                c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515396298      EDI: AIS.COM Feb 22 2018 23:43:00      American InfoSource LP as agent for,
                Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
515377418      EDI: CITICORP.COM Feb 22 2018 23:43:00      Exxmblciti,   Attn.: Centralized Bankruptcy,
                PO Box 20507,    Kansas City, MO 64195-0507
515377405      EDI: CAPIO.COM Feb 22 2018 23:43:00      Capio Partners LLC,    Attn: Bankruptcy,
                2222 Texoma Pkwy Ste 150,    Sherman, TX 75090-2481
515377407      E-mail/Text: bankruptcy@certifiedcollection.com Feb 23 2018 00:06:59
                Certified Credit & Collection,    PO Box 336,    Raritan, NJ 08869-0336
515377408      EDI: CHASE.COM Feb 22 2018 23:43:00      Chase,   PO Box 15123,   Wilmington, DE 19850-5123
515377409      EDI: CHASE.COM Feb 22 2018 23:43:00      Chase Card,   PO Box 15298,
                Wilmington, DE 19850-5298
515377410      EDI: CITICORP.COM Feb 22 2018 23:43:00      Citi,   PO Box 6497,   Sioux Falls, SD 57117-6497
515377411      EDI: CITICORP.COM Feb 22 2018 23:43:00      Citibank/Home Depot,    PO Box 6497,
                Sioux Falls, SD 57117-6497
515377413      EDI: WFNNB.COM Feb 22 2018 23:43:00      Comenity Bank/Vctrssec,    PO Box 182789,
                Columbus, OH 43218-2789
515377414     +EDI: CCS.COM Feb 22 2018 23:43:00      Credit Collection Services,    2 Wells Ave,
                Newton, MA 02459-3246
515377416      EDI: RCSFNBMARIN.COM Feb 22 2018 23:43:00      Credit One Bank,    PO Box 98873,
                Las Vegas, NV 89193-8873
515377417      EDI: TSYS2.COM Feb 22 2018 23:43:00      Dsnb Macys,   PO Box 8218,   Mason, OH 45040-8218
515377419     +EDI: AMINFOFP.COM Feb 22 2018 23:43:00      First Premier Bank,    601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
515377421      EDI: RMSC.COM Feb 22 2018 23:43:00      GECRB/Gap,   PO Box 965004,   Orlando, FL 32896-5004
515377420      EDI: RMSC.COM Feb 22 2018 23:43:00      Gecrb/Banana Republic,    Attn: Bankruptcy,
                PO Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0312-3          User: admin             Page 2 of 3             Date Rcvd: Feb 22, 2018
                              Form ID: 3180W          Total Noticed: 69

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515377426      EDI: RMSC.COM Feb 22 2018 23:43:00      Lowe's,    PO Box 103104,     Roswell, GA  30076-9104
515377427      EDI: MID8.COM Feb 22 2018 23:43:00      MCM,    8875 Aero Dr Ste 200,     San Diego, CA  92123-2255
515377428      E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Feb 23 2018 00:07:44       Meridian Health,
                PO Box 417140,    Boston, MA  02241-7140
515377430      EDI: MID8.COM Feb 22 2018 23:43:00      Midland Funding,    8875 Aero Dr Ste 200,
                San Diego, CA  92123-2255
515611548      EDI: PRA.COM Feb 22 2018 23:43:00      Portfolio Recovery Associates, LLC,     c/o Banana Republic,
                POB 41067,    Norfolk VA  23541
515610717      EDI: PRA.COM Feb 22 2018 23:43:00      Portfolio Recovery Associates, LLC,     c/o The Home Depot,
                POB 41067,    Norfolk VA  23541
515595622     +EDI: JEFFERSONCAP.COM Feb 22 2018 23:43:00      Premier Bankcard, Lllc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,     Saint Cloud Mn  56302-7999
515429079      EDI: Q3G.COM Feb 22 2018 23:43:00      Quantum3 Group LLC as agent for,     CP Medical LLC,
                PO Box 788,    Kirkland, WA  98083-0788
515545322      EDI: Q3G.COM Feb 22 2018 23:43:00      Quantum3 Group LLC as agent for,     Comenity Bank,
                PO Box 788,    Kirkland, WA  98083-0788
515377438      EDI: SEARS.COM Feb 22 2018 23:43:00      Sears/Cbna,    PO Box 6283,
                Sioux Falls, SD  57117-6283
515377440      EDI: RMSC.COM Feb 22 2018 23:43:00      Synchrony Bank,     PO Box 965005,
                Orlando, FL  32896-5005
515377441      EDI: RMSC.COM Feb 22 2018 23:43:00      Synchrony Bank/TJ Maxx,     PO Box 965060,
                Orlando, FL  32896-5060
515377442      EDI: WTRRNBANK.COM Feb 22 2018 23:43:00      Td Bank USA/Targetcred,     PO Box 673,
                Minneapolis, MN  55440-0673
515377444      E-mail/Text: bankruptcydepartment@tsico.com Feb 23 2018 00:07:46       Transworld Systems,
                507 Prudential Rd,     Horsham, PA  19044-2308
515377446      EDI: USBANKARS.COM Feb 22 2018 23:43:00      US Bank,    4325 17th Ave S,     Fargo, ND  58125-6200
515377449      E-mail/Text: vci.bkcy@vwcredit.com Feb 23 2018 00:07:19       VW Credit,    1401 Franklin Blvd,
                Libertyville, IL  60048-4460
515377447      E-mail/Text: edinkel@vikingservice.com Feb 23 2018 00:08:04       Viking Client Services,
                7500 Office Ridge Cir,    Eden Prairie, MN  55344-3782
515377448      E-mail/Text: vci.bkcy@vwcredit.com Feb 23 2018 00:07:19       Volkswagon Credit Inc,
                National Bankruptcy Services,    9441 Lyndon B Johnson Fwy Ste 250,     Dallas, TX  75243-4640
515377450      EDI: WFFC.COM Feb 22 2018 23:43:00      Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                Frederick, MD  21701-4747
515612728     +EDI: WFFC.COM Feb 22 2018 23:43:00      Wells Fargo Bank, N.A.,     Attention: Bankruptcy Dept.,
                MAC #D3347-014,    3476 Stateview Blvd.,     Fort Mill, SC  29715-7203
                                                                                              TOTAL: 42

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515581650*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,     Malvern, PA 19355-0701
515377429      ##Michael Cahill, MD,    402 Passaic Ave,    Spring Lake, NJ  07762-1323
515377445      ##Transworld Systems,    30600 Telegraph Rd Ste 4235,    Bingham Farms, MI  48025-5815
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Feb 22, 2018
                              Form ID: 3180W           Total Noticed: 69
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
        Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
        Albert    Russo    docs@russotrustee.com
        Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
        Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
        Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
        Marc C. Capone    on behalf of Joint Debtor Dawn    Harrison mcapone@caponeandkeefe.com,
       docs@caponeandkeefe.com
        Marc C. Capone    on behalf of Debtor Scott    Harrison mcapone@caponeandkeefe.com,
       docs@caponeandkeefe.com
        Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
       nj.bkecf@fedphe.com
                                                                                                                                                                           TOTAL: 8